# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PETER ETOH,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No. **6:06-cv-342-Orl-31JGG**

**UNITED STATES POSTAL SERVICE,**

        **Defendant.**

_____

## ORDER

In this removed action, Plaintiff seeks damages from the United States Postal Service (USPS) for damage allegedly caused to the contents of a package mailed by him in May 2005. Defendant filed a Motion to Dismiss (Doc. 6) on March 23, 2006. Plaintiff has not responded. The Motion is thus unopposed and appears meritorious. Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED. The case is DISMISSED and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 26, 2006.

                                                        GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party